NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
DANIEL CLARKSON
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
daniel.clarkson@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>OSCAR CORONA,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00310-JCM-EJY<br><br>**Stipulation to Amend March 16 Minute Order Regarding Continuance of Trial Date to Include Case-Specific Speedy Trial Findings (ECF No. 36)** |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and DANIEL CLARKSON, Assistant United States Attorney, counsel for the United States of America, and MICHAEL CASTILLO, counsel for Defendant OSCAR CORONA, that this Court amend its Minute Order, dated March 16, 2020, in which it ordered that the calendar call scheduled for April 1, 2020, at 1:30 p.m., and the trial scheduled April 6, 2020, at 9:00 a.m. be vacated and set to July 22, 2020, at 1:30 p.m. and the trial to July 27, 2020, at 9:00 a.m.  The parties request that the Court amend the order to include case-specific findings that the continuance is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). This request is based on the following reasons:

1.      On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order 2020-03 (the "General Order"), which found that due to the outbreak of the coronavirus disease 2019 ("COVID-19") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors" as well as the effects of public health recommendations, including "social distancing measures."  The General Order accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

2.      On March 16, 2020, this Court entered a Minute Order continuing the calendar call to July 22, 2020, at 1:30 p.m. and the trial to July 27, 2020, at 9:00 a.m. "[d]ue to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing."  The Minute Order attached Chief Judge Du's order. ECF No. 36.

3.      On March 30, 2020, the Chief Judge issued Temporary General Order 2020-05, which noted that "the Judicial Conference of the United States found that emergency conditions due to the national emergency declared by the President have affected and will materially affect the functioning of the federal courts generally." TGO 2020-05 further stated that felony pleas and sentencings could not be conducted in person without "seriously jeopardizing public health and safety" and should only be held via video conference if postponing the proceedings would cause "serious harm to the interests of justice."  TGO 2020-05 remains in effect.

4. The additional time ordered by the Court in its March 16 Minute Order is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(A) ("any period of delay resulting from a continuance granted by any judge on his own motion"), and 18 U.S.C. § 3161(h)(7)(B)(i) ("the failure to grant such a continuance in the proceedings would be likely to make a continuation of such a proceeding impossible").

## **CONCLUSION**

Based on the foregoing, the parties stipulate and respectfully request that the previous order vacating the calendar call scheduled for April 1, 2020 at 1:30 p.m., and the trial scheduled April 6, 2020 at 9:00 a.m. and re-setting those to July 22, 2020 at 1:30 p.m. and the trial to July 27, 2020 at 9:00 a.m. be amended to include the specific factual findings included above.

DATED: June 10, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United State Attorney

*s/ Daniel Clarkson*  
DANIEL CLARKSON
Assistant United States Attorney

*/s/ Michael Castillo*  
MICHAEL CASTILLO
Counsel for OSCAR CORONA

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OSCAR CORONA,<br><br>    Defendant. | Case No. 2:18-cr-00310-JCM-EJY<br><br>**Order** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On March 16, 2020, the Chief Judge of the U.S. District Court for the District of Nevada issued Temporary General Order ("TGO") 2020-03, which found that due to the outbreak of the coronavirus disease 2019 ("COVID-19") in the District of Nevada, the declaration by the Governor of the State of Nevada of a public health emergency due to the spread of COVID-19 in Nevada, and the declaration of local emergencies by local governments due to COVID-19, including Clark County, the Court has sustained "reduced ability to obtain an adequate spectrum of jurors" as well as the effects of public health recommendations, including "social distancing measures." The General Order accordingly continued all civil and criminal trials until April 10, 2020, pending further order of the court and found that "the ends of justice are best served by ordering the continuances, which outweighs the best interests of the public and any defendant's right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A)."

2. On March 16, 2020, this Court entered a Minute Order continuing the calendar call to July 22, 2020, at 1:30 p.m. and the trial to July 27, 2020, at 9:00 a.m. "[d]ue to the evolving health crisis in the community regarding COVID-19, and consistent with the

4

recommendations of the CDC to ensure the safety of the community through social distancing." The Minute Order attached Chief Judge Du's order. ECF No. 36.

3. On March 30, 2020, the Chief Judge issued Temporary General Order 2020-05, which noted that "the Judicial Conference of the United States found that emergency conditions due to the national emergency declared by the President have affected and will materially affect the functioning of the federal courts generally." TGO 2020-05 further stated that felony pleas and sentencings could not be conducted in person without "seriously jeopardizing public health and safety" and should only be held via video conference if postponing the proceedings would cause "serious harm to the interests of justice." TGO 2020-05 remains in effect.

4. The additional time ordered by the Court in its March 16 Minute Order is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(A) ("any period of delay resulting from a continuance granted by any judge on his own motion"), and 18 U.S.C. § 3161(h)(7)(B)(i) ("the failure to grant such a continuance in the proceedings would be likely to make a continuation of such a proceeding impossible").

5. Denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), considering the factors under 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B)(i).

**CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice as it would deny the parties herein the ability to obtain an adequate spectrum of jurors.

The continuance ordered on March 16, 2020 is excusable under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), when the considering the factors under 18 U.S.C. §§ 3161(h)(7)(A), and (h)(B)(i).

## ORDER

**IT IS THEREFORE ORDERED** that the calendar call scheduled for April 1, 2020, at 1:30 p.m., and the trial scheduled April 6, 2020, at 9:00 a.m. be vacated and the calendar call set to July 22, 2020, at 1:30 p.m. and the trial to July 27, 2020, at 9:00 a.m.

DATED June 12, 2020.

_____
UNITES STATES DISTRICT JUDGE