MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

OSCAR CORONA,

        Defendant.

CASE NO. 2:18-cr-00310-JCM-EJY

STIPULATION TO CONTINUE SENTENCING HEARING

    It is hereby stipulated and agreed between the United States of America, by and through Daniel E. Clarkson, United States Attorney, and Michael V. Castillo. Esq, counsel for Defendant OSCAR CORONA that the sentencing hearing currently set for Wednesday, May 12th, 2021 in Courtroom 6A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than 30 days hence.

    This stipulation is entered into for the following reasons:

    1. This is a joint request by Counsel for the United States and for the Defendant;

1

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3. Both counsel request this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing;

4. Moreover, the Defendant who resides in California will need additional time to be present.

5. The Defendant is not in custody, and waives any right he may have to a speedy sentencing in this matter;

6. This is the first such request for a continuance.

For these reasons, the ends of justice would best be served by a continuance of the sentencing hearing to a date and time convenient to the Court but no earlier than 30 days hence. A proposed order is attached.

RESPECTFULLY SUBMITTED this __6th__ day of May, 2021.

/s/ Daniel E. Clarkson
Daniel E. Clarkson
Assistant United States Attorney

/s/ Michael V. Castillo,
Michael V. Castillo, Esq.
Attorney for Oscar Corona

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>OSCAR CORONA,<br><br>        Defendant. | CASE NO. 2:18-cr-00310-JCM-EJY<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER CONTINUING SENTENCING HEARING |

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a joint request by counsel for the United States and for the Defendant;

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule:"

3. Both counsel request this additional time to allow adequate time to research sentencing issues and prepare for the sentencing hearing;

4. That the Defendant, who resides in California, will need additional time to be present for sentencing;

5. This is first such request for a continuance;

## CONCLUSIONS OF LAW

The ends of justice would be served by granting a continuance of the sentencing hearing. Were the continuance not granted, it would likely result in a miscarriage of justice, deny the parties sufficient time to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Wednesday, Wednesday, May 12th, 2021 at 9:00 a.m., be continued to the __7th__ day of __July, 2021__ at __10:30__ a.m. in Courtroom __6A__.

**IT IS SO ORDERED** May 7, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Michael V. Castillo, Esq
Michael V. Castillo, Esq.
Attorney for Oscar Corona

4