MICHAEL L. BECKER, ESQ.
Nevada Bar No. 8765
MICHAEL V. CASTILLO, ESQ.
Nevada Bar No. 11531
LAS VEGAS DEFENSE GROUP, LLC
2970 W. Sahara Avenue
Las Vegas, NV 89102
(702) 331-2725- Telephone
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,  )
                                        )
          Plaintiff,        )    CASE NO. 2:18-cr-00310-JCM-EJY
                                        )
   vs.                              )
                                        )    STIPULATION TO CONTINUE
                                        )    SENTENCING HEARING
OSCAR CORONA,               )    (Second Request)
                                        )
                                        )
          Defendant.      )
_____)

    It is hereby stipulated and agreed between the United States of America, by and through Daniel E. Clarkson, United States Attorney, and Michael V. Castillo. Esq, counsel for Defendant OSCAR CORONA that the sentencing hearing currently set for July 7, 2021 at 10:30 a.m. in Courtroom 6A before the Honorable James C. Mahan be vacated and continued to a date and time convenient to the Court but no earlier than two weeks hence.

    This stipulation is entered into for the following reasons:

1. This is a request by Counsel for the Defendant to which Counsel for the United States does not have an objection to a brief continuance;

1

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule;"

3. Defense Counsel is currently scheduled to be in Reno, NV on July 7, 2021 in the matter of <u>State v. William Alfaro</u>, Case No. CR17-0442 for sentencing/motion for a new trial following a jury trial verdict on May 4, 2021.

4. That said sentencing involves a life case.

5. That the Defendant does not object to said request for a continuance.

6. That the Defendant is not in custody, and waives any right he may have to a speedy sentencing in this matter;

7. That this is the second such request for a continuance.

For these reasons, the ends of justice would best be served by a continuance of the sentencing hearing to a date and time convenient to the Court but no earlier than two weeks hence.

A proposed order is attached.

RESPECTFULLY SUBMITTED this __24th__ day of June 2021

/s/ Daniel E. Clarkson
Daniel E. Clarkson
Assistant United States Attorney

/s/ Michael V. Castillo,
Michael V. Castillo, Esq.
Attorney for Oscar Corona

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

UNITED STATES OF AMERICA,                )
                                         )
               Plaintiff,              )    CASE NO. 2:18-cr-00310-JCM-EJY
                                         )
   vs.                                   )
                                         )    FINDINGS OF FACT, CONCLUSIONS
                                         )    OF LAW AND ORDER CONTINUING
                                         )    SENTENCING HEARING
OSCAR CORONA,                            )
                                         )
                                         )
               Defendant.              )
_____)

## FINDINGS OF FACT

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. This is a request by Counsel for the Defendant to which Counsel for the United States does not have an objection to a brief continuance;

2. The additional time requested by this stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2) which allows that "the Court may, for good cause, change any limits prescribed in this rule:"

3. Defense Counsel is currently scheduled to be in Reno, NV on July 7, 2021 in the matter of State v. William Alfaro, Case No. CR17-0442 for sentencing/motion for a new trial following a jury trial verdict on May 4, 2021.

4. That said sentencing involves a life case.

5. That the Defendant does not object to said request for a continuance.

6. That the Defendant is not in custody, and waives any right he may have to a speedy sentencing in this matter;

7. That this is the second such request for a continuance.

## CONCLUSIONS OF LAW

The ends of justice would be served by granting a continuance of the sentencing hearing. Were the continuance not granted, it would likely result in a miscarriage of justice, deny the parties sufficient time to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## ORDER

IT IS THEREFORE ORDERED, that the sentencing currently scheduled for Wednesday, July 7, 2021 at 10:30 a.m Wednesday, July 7, 2021 at 10:30 a.m., be continued to the __25th__ day of __August, 2021__ at __11:00__ a.m. in Courtroom __6A__.

**IT IS SO ORDERED** June 25, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

*/s/ Michael V. Castillo, Esq*
Michael V. Castillo, Esq.
Attorney for Oscar Corona