| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | TRANSFER OF JURISDICTION | 2:18CR00310 |
| | FILED CLERK, U.S. DISTRICT COURT 3/6/2025 CENTRAL DISTRICT OF CALIFORNIA BY: MMC DEPUTY | DOCKET NUMBER *(Rec. Court)* 2:25-CR-00153-MCS |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Oscar Corona | Nevada | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | James C. Mahan | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 2/5/2024 | TO 2/4/2028 |

ENTERED / SERVED ON COUNSEL/PARTIES OF RECORD
MAR 14 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**OFFENSE**
Possession with Intent to Distribute a Controlled Substance (methamphetamine)

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Resident of CD/CA with strong family ties.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

February 25, 2025
Date

*/s/ James C. Mahan*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

March 6, 2025
Effective Date

*/s/ Dolly M. Gee*
United States District Judge

1